IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                                              *        BKRTCY. NO. 18-05636 MCF

LUIS A POGGI FUENTES                              *        CHAPTER 13
MIGDALIA MILIAN SANTIAGO
                                                                       *

DEBTORS

## DEBTORS' NOTICE OF FILING OF *AMENDED SCHEDULE "C"* OFFICIAL FORM 106C

**TO THE HONORABLE COURT:**

**COME NOW, LUIS A. POGGI FUENTES and MIGDALIA MILIAN SANTIAGO**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Debtors are hereby submitting *Amended Schedule "C"* dated October 25, 2018, herewith and attached to this motion.

2. The amendment to Schedule "C" is filed to claim the appropriate exemption concerning a 1999 Ford Explorer and a 2008 Toyota FJ Cruiser, pursuant to a *Trustee's Objection to Claimed Exemptions DKT. 12*, Docket No. 15, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedule "C"
Case no. 18-05636 MCF13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 25th day of October, 2018.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1: **LUIS ANGEL POGGI FUENTES**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:18-bk-5636

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| CANDELERO ARRIBA WARD LOS SERRANOS<br>HUMACAO PR, 00791<br>Line from *Schedule A/B*: 1.1 | $60,000.00 | ■ $47,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| CANDELERO ARRIBA WARD LOS SERRANOS<br>HUMACAO PR, 00791<br>Line from *Schedule A/B*: 1.1 | $60,000.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Ford<br>Explorer 4WD<br>1999<br>Line from *Schedule A/B*: 3.1 | $1,428.00 | ■ $1,428.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Toyota<br>FJ Cruiser 2WD<br>2008<br>130000<br>Line from *Schedule A/B*: 3.2 | $12,792.00 | ■ $7,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Toyota FJ Cruiser 2WD 2008 130000 Line from Schedule A/B: 3.2 | $12,792.00 | ■ $5,242.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Misc Household Goods and Furnishings Line from Schedule A/B: 6.1 | $3,800.00 | ■ $3,800.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Two TV Sets ($150 & $100) Line from Schedule A/B: 7.1 | $250.00 | ■ $250.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Two Laptops (HP) ($300 & $200) Line from Schedule A/B: 7.2 | $500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Bose Stereo System (damaged) Line from Schedule A/B: 7.3 | $50.00 | ■ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Nikon SLR Camara Line from Schedule A/B: 9.1 | $100.00 | ■ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Clothing and personal effects Line from Schedule A/B: 11.1 | $900.00 | ■ $900.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Jewelry Line from Schedule A/B: 12.1 | $1,800.00 | ■ $1,800.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| Two mixed breed dogs Line from Schedule A/B: 13.1 | $100.00 | ■ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Oriental Bank Account no X9333 Joint Checking Account Line from Schedule A/B: 17.1 | $3,554.16 | ■ $3,554.16 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Banco Popular de Puerto Rico Account no x3912 Joint Checking Account Line from Schedule A/B: 17.2 | $1,671.06 | ■ $1,671.06 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Banco Popular de Puerto Rico**<br>Account no x9162<br>**Cheking Account**<br>**Graduating Class Account Teodoro Aguilar Mora School Yabucoa 1983 Class**<br>**Account appears under the Joint Debtor's Name and Olga Fontanez**<br>Line from Schedule A/B: **17.3** | $712.00 | ■ $712.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **BPPR Christmas Club**<br>**x7899**<br>Line from Schedule A/B: **17.4** | $2,001.74 | ■ $2,001.74<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **401K Philips Pension Center**<br>Line from Schedule A/B: **21.1** | $83,885.38 | ■ $83,885.38<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| **401K AMGEN**<br>Line from Schedule A/B: **21.2** | $392,961.89 | ■ $392,961.89<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| **IRA Account BPPR**<br>**x0002**<br>Line from Schedule A/B: **21.3** | $6,291.57 | ■ $6,291.57<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 3 of 4

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **MIGDALIA** First Name | **MILIAN** Middle Name | **SANTIAGO** Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:18-bk-5636

☐ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions**<br>Brief description:<br>Line from *Schedule A/B*: | | ☐ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **LUIS ANGEL POGGI FUENTES** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **MIGDALIA MILIAN SANTIAGO** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:18-bk-5636 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ LUIS ANGEL POGGI FUENTES                    X  /s/ MIGDALIA MILIAN SANTIAGO
   LUIS ANGEL POGGI FUENTES                           MIGDALIA MILIAN SANTIAGO
   Signature of Debtor 1                              Signature of Debtor 2

   Date  **October 25, 2018**                        Date  **October 25, 2018**

```
abel Matrix for local noticing          BANCO POPULAR PR/SPECIAL LOANS      US Bankruptcy Court District P.R.
104-3                                    PO BOX 362708                       Jose V Toledo Fed Bldg & US Courthouse
ase 18-05636-MCF13                       SAN JUAN, PR 00936-2708             300 Recinto Sur Street, Room 109
istrict of Puerto Rico                                                       San Juan, PR 00901-1964
ld San Juan
ed Oct 24 15:48:26 AST 2018

lejandro Bellver Espinosa Esq.           Banco Popular de Puerto Rico        Banco Popular de Puerto Rico
ifete Bellver Espinosa Cond El Centro    PO Box 362708                       PO Box 71375
)0 Ave Munoz Rivera Ste 801              San Juan, PR  00936-2708            San Juan, PR  00936-8475
an Juan, PR  00918-3331


edloan                                   Sears/Cbna                          JOSE RAMON CARRION MORALES
) Box 60610                              PO Box 6189                         PO BOX 9023884
arrisburg, PA  17106-0610                Sioux Falls, SD  57117-6189         SAN JUAN, PR  00902-3884


JIS ANGEL POGGI FUENTES                  MIGDALIA MILIAN SANTIAGO            MONSITA LECAROZ ARRIBAS
) BOX 116                                PO BOX 116                          OFFICE OF THE US TRUSTEE (UST)
ABUCOA, PR 00767-0116                    YABUCOA, PR 00767-0116              OCHOA BUILDING
                                                                             500 TANCA STREET  SUITE 301
                                                                             SAN JUAN, PR  00901


)BERTO FIGUEROA CARRASQUILLO             End of Label Matrix
) BOX 186                                Mailable recipients    12
AGUAS, PR 00726-0186                     Bypassed recipients     0
                                         Total                  12
```

Case:18-05636-MCF13 Doc#:7 Filed:10/25/18 Entered:10/25/18 07:35:51 Desc: Main
Document Page 8 of 8