IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS ANGEL POGGI FUENTES<br>MIGDALIA MILIAN SANTIAGO<br><br>xx-xx-7621<br>xx-xx-3400<br>         Debtor(s) | CASE NO. 18-05636-MCF13<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON MAY/13/2019 |

ORDER & NOTICE

The hearing on confirmation scheduled for May 23, 2019, at 9:00 AM, is hereby rescheduled for August 22, 2019, at 9:00 AM, at the United States Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico.

The Clerk shall notify all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of May, 2019.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge