IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: **LUIS ANGEL POGGI FUENTES**<br>SSN xxx-xx-7621<br>**MIGDALIA MILIAN SANTIAGO**<br>SSN xxx-xx-3400<br>Debtor(s) | CASE NO: **18-05636-MCF**<br><br>**Chapter 13** |
|---|---|

- AMENDED -

### TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$1,000.00**     Outstanding (Through the Plan): **$2,000.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor's/s' Commitment Period: ☒ Under Median Income 36 months    ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$0.00**

Liquidation Value: **$1,892,197.00**    Estimated Priority Debt: **$0.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately **$1,892,197.00**

With respect to the (amended) Plan date: **Jun 13, 2019** (Dkt **42**)    Plan Base: **$222,058.00**

The Trustee:    ☐ **DOES NOT OBJECT**    ☒ **OBJECTS**  Plan Confirmation   Gen. Uns. Approx. Dist.: **100** %

The Trustee objects to confirmation for the following reasons:

**[1325(a)(6)] Feasibility – Debtor(s) does not has/have the capacity to make proposed plan payments.**

The Trustee objects the plan for lack of feasibility because the source of income for the lump sum payment is uncertain. Debtors are providing a lump sum payment in the amount of $120,000.00 from a proceeds of a claim for damanges to be filed against Banco Popular de Puerto Rico ("BPPR"). BPPR has objected the plan for said reason as well.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: August 13, 2019

/s/ Alexandra Rodriguez, Esq.

Last Docket Verified: **45**    Last Claim Verified: **2**    CMC: **AM**