IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS ANGEL POGGI FUENTES<br>MIGDALIA MILIAN SANTIAGO<br><br>xx-xx-7621<br>xx-xx-3400<br>Debtor(s) | CASE NO. 18-05636-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON MAR/04/2021 |

ORDER AND NOTICE

A hearing is hereby scheduled for June 17, 2021, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov; to consider the following:

Debtors' Motion for Post Confirmation Modification of Chapter 13 Plan Dated 2/16/2021 (docket #65).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of March, 2021.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge